740

(October 13, 1967)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RONALD W. (ANONYMOUS), Appellant.— Motion by appellant to dispense with printing, to enlarge time and for assignment of counsel on his appeal from an adjudication of the County Court, Nassau County, rendered August 25, 1967, which declared him to be in violation of probation. Motion denied and appeal dismissed on the ground that the adjudication is not appealable (Code Crim. Pro., § 517; *People* v. *Gregory L.* [*Anonymous*], 28 A D 2d 68). Rabin, Benjamin and Munder, JJ., concur; Brennan, Acting P. J., and Hopkins, J., concur, although they adhere to the views expressed in their dissent in *People* v. *Gregory L.* [*Anonymous*] (28 A D 2d 68) and would vote to grant the motion and to entertain the appeal were it not for the holding in the cited case.

First Department, February, 1968

(February 1, 1968)

■ EMILY GRASSMUCK, Respondent, v. RALJOED REALTY COMPANY, INC., et al., Defendants, and EVELYN MARKS, as Executrix of RALPH BASS, SR., Deceased, Intervenor-Defendant-Appellant.— Order entered September 29, 1967, granting plantiff a protective order unanimously modified, on the law and the facts, to direct that 10 days after service of the order herein plaintiff shall serve upon defendant a verified copy of any item in her income tax returns which she claims represents a return for payments of interest or principal on account of the mortgage sought to be foreclosed; or, if she claims that no such payments are reflected in her income tax returns, she so state under oath, and, as so modified, affirmed with $30 costs and disbursements to defendant. Plaintiff, claiming to hold a mortgage upon certain real property, seeks forclosure. Defendant has pleaded the Statute of Limitations, among other defenses. Plaintiff has conceded that payments claimed by her to toll the statute are not reflected in her bank deposits. Special Term deemed this sufficient. We conclude that the modification ordered will not force the revelation of any private or confidential matter and will provide information to which defendant would be entitled. Concur — Stevens, J. P., Steuer, Tilzer, McGivern and McNally, JJ.